UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FC Online Marketing, Inc.
    Plaintiff,

                      Case No.: 2:14-cv-3685-SJF-W DW

    v.

Burke's Martial Arts, LLC,
John Jacob Burke,
    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, pursuant to Local Civil Rule 1.4, respectfully moves this Court for the entry of an order permitting the withdrawal of William T. McKinley as one of the attorneys for Plaintiff in this matter, and directing the Clerk of Court to delete Mr. McKinley from receiving CM/ECF filings in the instant case. In support thereof, undersigned counsel states as follows:

    1.    William T. McKinley is no longer employed by Plaintiff as its counsel. *See* N.Y. Rules of Professional Conduct, Rule 1.16(b)(3). The undersigned does not assert a charging lien related to this case, and case is still in the discovery phase.

    2.  Carlos A. Leyva of Digital Business Law Group, P.A. remains as counsel for Plaintiff.

    3.    Defendants' counsel has been contacted and takes no position as to this Motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court grant the Motion to Withdraw of William T. McKinley as counsel for Plaintiff and direct the Clerk

of the Court to delete Mr. McKinley from receiving CM/ECF filings in the instant case.

Dated this 3rd of May, 2016.

Respectfully submitted,

s/William T. McKinley
WILLIAM T. MCKINLEY
Florida Bar No. 0051115

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed May 3, 2016, with the Clerk of Court using the ECF system which will send notice of electronic filing to: CARLOS A. LEYVA, ESQUIRE, Digital Business Law Group, P.A., 1001 Starkey Road, Suite 18, Largo, Florida 33771, cleyva@digitalbusinesslawgroup.com (Attorney for Plaintiff) and JONATHAN M. PUROW, ESQUIRE, MARIA A. SAVIO, ESQUIRE, and MARC P. MISTHAL, Gottlieb, Rackman & Reisman, P.C., 270 Madison Avenue, 8th Floor, New York, New York 10016, jpurow@grr.com, msavio@grr.com, mmisthal@grr.com (Attorneys for Defendants).

s/William T. McKinley
WILLIAM T. MCKINLEY
Florida Bar No. 0051115
WILLIAM MCKINLEY LAW, P.A.
Post Office Box 2228
190 East Davidson Street (33830)
Bartow, Florida  33831
Phone:  863/533-6698
Fax:  863/534-1790
wtm@wmckinleylaw.com
Attorney for Plaintiff