# GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW

PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
MARIA A. SAVIO
MARC P. MISTHAL
BARRY R. LEWIN
MITCHELL S. FELLER

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA L. MIRMAN
JONATHAN M. PUROW
JASON R. WACHTER
JONATHAN A. MALKI
MICHAEL NESHEIWAT
DAVID D. RODRIGUES

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
GEORGE GOTTLIEB
JAMES REISMAN
DAVID S. KASHMAN
TIBERIU WEISZ
SILVIA SALVADORI

July 22, 2016

**Via ECF**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: FC Online Marketing, Inc. v. Burke's Martial Arts, LLC, John Jacob Burke
Civil Action No. 2:14-CV-3685 SJF- SIL

Dear Judge Feuerstein:

We are counsel to defendants Burke's Martial Arts, LLC ("BMA") and John Jacob Burke in the above-referenced matter.

Pursuant to the Court's Individual Rules § 4 (C), we are writing to inform the Court that the parties have agreed to the following extended briefing schedule with respect to Plaintiff's motion for summary judgment:

Deadline for defendants' opposition papers:   August 15, 2016
Deadline for plaintiff's reply papers:   August 29, 2016

Respectfully submitted,

GOTTLIEB RACKMAN & REISMAN, P.C.

/s/ Maria A. Savio
Maria A. Savio
Marc P. Misthal
*Attorneys for Defendants John Jacob Burke and Burke's Martial Arts, LLC*

CC: Carlos A. Leyva, Esq. (via ECF and email)
*Attorney for Plaintiff FC Online Marketing, Inc.*